NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTOROLA MOBILITY LLC
(formerly known as Motorola Mobility, Inc.),**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2013-1417

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-745.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss the appeal pursuant to Federal Rules of Appellate Procedure 42(b).

2                           MOTOROLA MOBILITY, LLC v. ITC

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

(3)  All other pending motions are denied as moot.


                          FOR THE COURT


                          /s/ Daniel E. O'Toole
                          Daniel E. O'Toole
                          Clerk of Court


s27


ISSUED AS A MANDATE: May 22, 2014